AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

JALINSKI ADVISORY GROUP, INC., )
*Plaintiff* )
v. ) Case No. 18-CV-12161
THE HAMO GROUP OF WELLS FARGO ADVISORS )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jalinski Advisory Group, Inc.

Date:  12/18/2018

*Attorney's signature*

Maurice N. Ross, 1720796
*Printed name and bar number*

Barton LLP
420 Lexington Ave, Suite 1830
New York, NY 10170
*Address*

mross@bartonesq.com
*E-mail address*

(212) 687-6262
*Telephone number*

(212) 687-3667
*FAX number*